IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY MARTILLUS LEE                                                          PLAINTIFF


v.                                          Case No. 6:22-cv-6087


CO1 GLADYS ESCOBAR, Omega Unit,
Arkansas Division of Community Correction;
A.R.O. ABIGAIL MORROW, Omega Unit,
Arkansas Division of Community Correction                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 9, 2022, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 10.  Plaintiff Larry Martillus Lee filed this action against Defendants "CO1 Gladys

Escobar" and "A.R.O. Abigail Morrow" in their official and individual capacities, alleging that

they deprived him of necessary medical care by not administering antibiotics during "pill call."

ECF No. 1, at 4-5.  Plaintiff further claims that he filed a grievance form in accordance with the

applicable administrative procedure, but Defendants did not respond to the grievance or otherwise

resolve the issue.  ECF No. 1, at 5.

Plaintiff filed a motion for leave to proceed in forma pauperis (ECF No. 3), which Judge

Bryant granted on August 3, 2022.  ECF No. 4.  At that time, Judge Bryant advised Plaintiff that

he must "immediately inform the Court of any change of address."  ECF No. 4.  On October 3,

2022, Defendants filed a motion to dismiss for failure to state a claim, arguing that they are entitled

to sovereign immunity insofar as Plaintiff's claims are against them in their official capacities and

qualified immunity insofar as Plaintiff's claims are against them in their individual capacities.

ECF No. 10.  Judge Bryant finds that Defendants are entitled to official and qualified immunity

and recommends granting Defendants' motion (ECF No. 10) and dismissing Plaintiff's complaint (ECF No. 1) without prejudice.

Alternatively, Judge Bryant finds that "Plaintiff's failure to comply with this Court's orders and failure to prosecute this case provides an independent basis to recommend dismissal of this action without prejudice."  ECF No. 14, at 7.  Judge Bryant explains that all mail sent to Plaintiff since Plaintiff initiated the instant action has been returned as undeliverable.  When returned, the mail has been marked with "released" and "Not at Facility," indicating that Plaintiff is no longer incarcerated in the facility where he was housed when he filed the instant action.  *See* ECF Nos. 8, 13.  Judge Bryant explains that "the Court has not received any communication from Plaintiff since he initiated this action in August."  ECF No. 14, at 2.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 10) is hereby **GRANTED**, and Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE.**  The instant dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 13th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge